794

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, · v. DANNY
WALLACE, Defendant-Appellant.

(No. 11428; ▮▮▮▮▮▮▮▮

Fourth District—July 19, 1971.

*Abstract of Decision*

Opinion by Mr. PRESIDING JUSTICE SMITH.

John F. McNichols, of Defender Project, of Springfield, for appellant.
No appearance for the People.